UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWIN MILLS,

    Plaintiff,

v.                                               Case No. 18-cv-11719
                                                 Hon. Matthew F. Leitman

MIDLAND COUNTY SHERIFF'S OFFICE,

    Defendant.

_____/

## ORDER DISMISSING THE COMPLAINT (ECF #1) WITHOUT PREJUDICE

Plaintiff Edwin Mills, a detainee at the Midland County Jail in Midland, Michigan, commenced this *pro se* civil rights action on May 31, 2018. (*See* Civil Compl., ECF #1.) Mills failed to prepay the filing fee for his complaint or to apply for permission to proceed without prepayment of the filing fee. Consequently, on June 1, 2018, United States Magistrate Judge R. Steven Whalen ordered Mills to submit the filing fee or an application to proceed without prepayment of the fees and costs within thirty days of the date of his order. (*See* Order of Deficiency, ECF #3.) Mills has not complied with the Magistrate Judge's order, requested an extension of time to do so, or communicated with the Court. Accordingly,

**IT IS ORDERED THAT** the complaint is summarily **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962); *Mulbah v. Detroit Bd. of Educ.*, 261 F.3d 586, 589 (6th Cir. 2001); Fed. R. Civ. P. 41(b); LR 41.2.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 8, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 8, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764